**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Eternal Jewelers, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 56-2399558 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 800 Orland Square Drive<br>Suite H01<br>Orland Park, IL 60462<br>Number, Street, City, State & ZIP Code | 12929 West 159th Street<br>Homer Glen, IL 60491<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  eternaljewelers.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Eternal Jewelers, Inc.  _____   Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

District: United States Bankruptcy Court, Northern District of Illinois     When: 1/11/18     Case number: 18-00781
District: See Attachment     When: _____     Case number: _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____     When _____     Case number, if known _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor  Eternal Jewelers, Inc.  Case number (*if known*) _____
      *Name*

Debtor  Eternal Jewelers, Inc.   Case number (*if known*)
      Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
       Contact name     _____
       Phone            _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Eternal Jewelers, Inc.                                                    Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 9, 2018
              MM / DD / YYYY

**X** /s/ Fayed Yasin                                           Fayed Yasin
Signature of authorized representative of debtor                Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Gregory K. Stern                                      Date   May 9, 2018
Signature of attorney for debtor                                       MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 427-1558        Email address   greg@gregstern.com

6183380 IL
Bar number and State

Debtor　Eternal Jewelers, Inc.
　　　　　Name　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____　Chapter　11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| United States Bankruptcy Court, Northern District of Illinois | 18-00781 | 1/11/18 |
| United States Bankruptcy Court, Northern District of Illinois | 17-21990 | 7/24/17 |
| United States Bankruptcy Court, Northern District of Illinois | 16-13337 | 4/19/16 |

Fill in this information to identify the case:
Debtor name: Eternal Jewelers, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| America's Silver Collection<br>7500 Bellaire Blvd. #425<br>Houston, TX 77036 | | Trade Debt | | | | $769.21 |
| Asher Jewelry Co., Inc.<br>48 West 48th Street, 3rd Floor<br>New York, NY 10036 | | Trade Debt | | | | $32,468.02 |
| AT&T<br>P.O. Box 5080<br>Carol Stream, IL 60197 | | Services | | | | $321.00 |
| B. Jewels<br>6 South Wabash Avenue, Suite 10<br>Chicago, IL 60603 | | Trade Debt | | | | $26,750.00 |
| Bulova Corporation<br>350 Fifth Avenue 29th Floor<br>New York, NY 10118 | | Trade Debt | | | | $4,664.59 |
| Delstar USA LLC/Stargems Group<br>245 E. 58th Street Suite 10 D<br>New York, NY 10022 | | Trade Debt | Disputed | | | $13,421.50 |
| Direct Capital Loan<br>P.O. Box 856502<br>Minneapolis, MN 55485 | | Trade Debt | Contingent<br>Unliquidated<br>Disputed | | | $36,625.56 |
| Eugene Gems<br>510 West 6th Street, Suite 520<br>Los Angeles, CA 90014 | | Trade Debt | | | | $269.00 |

Debtor    Eternal Jewelers, Inc.    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Farmer's Insurance Exchange<br>P.O. Box 4665<br>Carol Stream, IL 60197 | | Trade Debt | | | | $502.00 |
| Gemstar<br>590 Fifth Avenue<br>17th Floor<br>New York, NY 10036 | | Trade Debt | Disputed | | | $3,500.00 |
| Genuine Gems<br>5 South Wabash Avenue, Suite 916A<br>Chicago, IL 60603 | | Trade Debt | | | | $636.42 |
| Illinois Department of Employment Security<br>33 South State Street<br>10th Floor<br>Chicago, IL 60603 | | Contributions | | | | $103.35 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | | 941 Taxes | | | | $111.35 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes | | | | Unknown |
| Livingston Jewelry<br>631 South Olive Street, Suite 340<br>Los Angeles, CA 90014 | | Trade Debt | | | | $176.00 |
| Office of the U.S. Trustee<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604 | | Qaurterly Fees | | | | $325.00 |
| Orland L.P.<br>c/o Nicholas R. Lykins<br>Johnson & Bell, Ltd.<br>33 W. Monroe Street, Suite 2700<br>Chicago, IL 60603 | | Rent Default | | | | $91,357.76 |
| Robert W. West<br>11818 Brookshire Drive<br>Orland Park, IL 60467 | | Professional Services | | | | $9,600.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **Eternal Jewelers, Inc.**     Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| S. Kashi & Sons<br>175 Great Neck Road<br>Suite 204<br>Great Neck, NY 11021 | | Trade Debt | Disputed | | | $62,720.16 |
| The Standout Design<br>607 South Hill Street, Suite 655<br>Los Angeles, CA 90014 | | Trade Debt | | | | $165.00 |

America's Silver Collection
7500 Bellaire Blvd.
#425
Houston, TX 77036


Asher Jewelry Co., Inc.
48 West 48th Street, 3rd Floor
New York, NY 10036


AT&T
P.O. Box 5080
Carol Stream, IL 60197


B. Jewels
6 South Wabash Avenue, Suite 10
Chicago, IL 60603


Bulova Corporation
350 Fifth Avenue
29th Floor
New York, NY 10118


Chicago Lapidary Co
17 East Monroe, Suite 188
Chicago, IL 60603


Delstar USA LLC/Core
P.O. Box 549
Wayne, IL 60184


Delstar USA LLC/Stargems Group
245 E. 58th Street
Suite 10 D
New York, NY 10022


Direct Capital Loan
P.O. Box 856502
Minneapolis, MN 55485


Eugene Gems
510 West 6th Street, Suite 520
Los Angeles, CA 90014

```
Farmer's Insurance Exchange
P.O. Box 4665
Carol Stream, IL 60197


First Bank
P.O. Box 790269
Saint Louis, MO 63179


Fred R. Harbecke
53 W. Jackson Blvd.
Suite 1510
Chicago, IL 60604


Gemstar
590 Fifth Avenue
17th Floor
New York, NY 10036


Genuine Gems
5 South Wabash Avenue, Suite 916A
Chicago, IL 60603


Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


K&L Watch Services
800 West Central Road, Suite 103
Mount Prospect, IL 60056
```

Kenneth D. Peters
Dressler Peters, LLC
70 West Hubbard Street
Suite 200
Chicago, IL 60604


Livingston Jewelry
631 South Olive Street, Suite 340
Los Angeles, CA 90014


Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604


Orland L.P.
c/o Nicholas R. Lykins
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, IL 60603


Robert W. West
11818 Brookshire Drive
Orland Park, IL 60467


S. Kashi & Sons
175 Great Neck Road
Suite 204
Great Neck, NY 11021


Stargems Group
245 East 58th Street
Suite 10 D
New York, NY 10022


The Standout Design
607 South Hill Street, Suite 655
Los Angeles, CA 90014

# United States Bankruptcy Court
## Northern District of Illinois

In re: Eternal Jewelers, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Eternal Jewelers, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Fayed Yasin
15929 S. Oak Valley Court
Homer Glen, IL 60491

☐ None [*Check if applicable*]

May 9, 2018
Date

/s/ Gregory K. Stern
Gregory K. Stern 6183380
Signature of Attorney or Litigant
Counsel for  Eternal Jewelers, Inc.
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289
greg@gregstern.com